IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MAUSHANIA JOHNSON**                                                            **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO: 3:05CV276WHBASN**

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS**                                                                   **DEFENDANT**

## JUDGMENT OF DISMISSAL

This cause came on to be heard on Motion *Ore Tenus* of the parties having announced that they have reached a compromise and settlement of all pending claims in this matter, and the Court, being desirous of removing this matter from its docket and being otherwise fully advised in the premises, finds that the Motion is well taken and should be sustained,. It is, therefore

**ORDERED AND ADJUDGED** that this cause is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this 10th day of October, 2006.

                                         s/William H. Barbour, Jr.
                                         UNITED STATES DISTRICT JUDGE

Approved as to Form and Content:

s/ Louise Harrell
Louise Harrell, Esq.
Attorney for Maushania D. Johnson


s/ Harold E. Pizzetta, III
Harold E. Pizzetta, III, Esq.
Attorney for State of Mississippi,
Department of Corrections